UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

CURRENCY $886,372.00, CURRENCY $150,000.00 IN THE FORM OF A CASHIER'S CHECK XXXXX0024 FROM CHASE BANK, CURRENCY $669,900.00, PERSONAL PROPERTY ONE (1) SILVER ROLEX WATCH,

    Defendants,

AND

BRIAN BENDEROFF,

    Claimant.

Case No. 2:16-cv-14460
Hon. Denise Page Hood
Mag. R. Steven Whalen

---

| | |
|---|---|
| KELLY FASBINDER (P80109)<br>**United States Dept. of Justice**<br>Attorney for Plaintiff<br>211 W. Fort Street, Suite 2300<br>Detroit, MI 48226<br>P: (313) 226-9100<br>gjon.juncaj@usdoj.gov | MARK R. BENDURE (P23490)<br>**Bendure & Thomas**<br>Attorney for Claimant, Brian Benderoff<br>15450 E. Jefferson Avenue, Suite 110<br>Grosse Pointe Park, MI 48230<br>P: (313) 961-1525<br>bendurelaw@cs.com |
| JONATHAN R. MARKO (P72450)<br>GASPER STARE (P86768)<br>**Marko Law, PLLC**<br>Attorneys for Bullotta Law – Non-Party<br>220 W. Congress, 4th Floor<br>Detroit, MI 48226<br>P: (313) 777-7529 / F: (313) 470-2011<br>jon@markolaw.com<br>gasper@markolaw.com | |

### NOTICE OF WITHDRAWAL OF ATTORNEY LIEN [ECF NO. 28]

**NOW COMES** R. MICHAEL BULLOTTA and BULLOTTA LAW, through their counsel, MARKO LAW, PLLC, and hereby gives notice to the Court and the Parties of withdrawal of their previously filed Attorney Lien [ECF No. 28], which was filed on February 13, 2024. The matter has since been resolved.

*Respectfully submitted,*

*/s/ Gasper Stare*
Gasper Stare (P86768)
**MARKO LAW, PLLC**
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7529 / Fax: (313) 470-2011
Email: gasper@markolaw.com

Date: December 18, 2025

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **December 18, 2025,** via:

| | |
|---|---|
| ☐ U.S. Mail | ☐ Fax |
| ☐ Hand Delivered | ☐ Overnight Carrier |
| ☐ Certified Mail | ☐ Other: Mi-FILE Truefiling |
| ☒ ECF System | ☐ Email |

*/s/ Jennifer Amsden*